WILLIAM NORSWORTHY, Appellant, *v.* TROY AND NEW ENG-
LAND RAILWAY COMPANY, Respondent.

*Norsworthy* v. *Troy & New England Ry. Co.,* 66 App. Div. 616, affirmed.
(Argued December 5, 1902; decided December 18, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 15, 1901, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court at
a Trial Term.

*H. Judd Ward* for appellant.

*James Farrell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

THOMAS S. COOMBS, Respondent, *v.* THE CITY OF MOUNT
VERNON, Appellant.

JESSE G. EDWARDS, Respondent, *v.* THE CITY OF MOUNT
VERNON, Appellant.

*Coombs* v. *City of Mount Vernon; Edwards* v. *City of Mount Vernon,*
64 App. Div. 620, affirmed.
(Submitted December 5, 1902; decided December 18, 1902.)

APPEALS from judgments of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 9, 1901, affirming judgments in favor of plaintiffs
entered upon verdicts directed by the court.

*William J. Marshall* for appellant.

*George C. Appell* for respondents.

Judgments affirmed, with costs; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.